No. 85–2103. UTILITY CONTRACTORS, INC. *v.* UNITED STATES. C. A. Fed. Cir. Certiorari denied.

No. 85–2104. WINTRISS *v.* WINTRISS. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 85–2105. DELAPLANE ET AL. *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 85–2106. OHIO *v.* PI KAPPA ALPHA FRATERNITY. Sup. Ct. Ohio. Certiorari denied.

No. 85–2108. BIASUCCI *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–2109. LERAKOLI, INC., ET AL. *v.* PAN AMERICAN WORLD AIRWAYS, INC. C. A. 2d Cir. Certiorari denied.

No. 85–2111. TEEPLE *v.* PATTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–2113. A. H. ROBINS CO., INC. *v.* ELI LILLY & CO. C. A. Fed. Cir. Certiorari denied.

No. 85–2114. BELL ET AL. *v.* DEPARTMENT OF HEALTH AND HUMAN RESOURCES ET AL. Sup. Ct. La. Certiorari denied.

No. 85–2117. ROBINSON *v.* DAUGHERTY ET AL. C. A. 6th Cir. Certiorari denied.

No. 85–2118. PUGLISI ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–2119. BLOCK DRUG CO., INC., ET AL. *v.* HODOSH ET AL. C. A. Fed. Cir. Certiorari denied.

No. 85–2120. WHEELER *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 85–2124. CAPO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.